# UNITED STATES DISTRICT COURT

### for the

_____EASTERN_____ District of ____PENNA_____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   21-MJ-1655 |
| THOMAS HARTLEY | ) | |
| | ) | Charging District's Case No.   3:20-cr-269 |
| _Defendant_ | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the _(name of other court)_   Middle Dist. Of PA

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise —
unless I am indicted — to determine whether there is probable cause to believe that an offense has
been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☒     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:   11/01/21                              X   _____
                                                    _Defendant's signature_

                                                    /S/ KATHLEEN GAUGHAN
                                                    _____
                                                    _Signature of defendant's attorney_

                                                    KATHLEEN GAUGHAN
                                                    _____
                                                    _Printed name of defendant's attorney_